FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 22, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

COREY W.,

                    Plaintiff,

          v.

FRANK BISIGNANO,
COMMISSIONER OF SOCIAL
SECURITY,

                    Defendant.

No.  1:25-CV-03202-ACE

ORDER GRANTING STIPULATED
MOTION TO REMAND PURSUANT
TO SENTENCE FOUR OF 42 U.S.C.
§ 405(g)

**ECF Nos. 17 & 11**

    **BEFORE THE COURT** is the parties' stipulated motion to remand the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  ECF No. 17. Attorney D. James Tree represents Plaintiff; Special Assistant United States Attorney David J. Burdett represents Defendant.  After considering the file and proposed order, **IT IS ORDERED:**

    1.    The parties' Stipulated Motion for Remand, **ECF No. 17**, is **GRANTED**.  The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the Appeals Council will limit the period at issue to the period prior to June 13, 2019.  With respect to the period prior to June 13, 2019, the Appeals Council will instruct the Administrative Law Judge on remand to:  (1) offer Plaintiff an opportunity for a new hearing; (2) reevaluate Plaintiff's impairments; (3) reevaluate Plaintiff's alleged symptoms;

ORDER GRANTING STIPULATED MOTION TO REMAND - 1

(4) reevaluate the medical opinions and prior administrative medical findings; (5) reevaluate Plaintiff's maximum residual functional capacity; (6) if warranted by the expanded record, obtain supplemental vocational expert evidence to clarify the effect of the assessed limitations on Plaintiff's ability to perform other work in the national economy; (7) take any other action necessary to complete the administrative record; and (8) issue a new decision.

   2. **Judgment shall be entered for PLAINTIFF**.

   3. Plaintiff's Opening Brief, **ECF No. 11**, is **STRICKEN AS MOOT**.

   4. An application for attorney fees and costs may be filed by separate motion.

  **IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, forward copies to counsel, and **CLOSE THE FILE**.

  DATED April 22, 2026.



          _____
         ALEXANDER C. EKSTROM
        UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION TO REMAND - 2